**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jose Felix RAMIREZ–OCAMPO,**
**Defendant—Appellant.**

**No. 00–50335.**
**D.C. No. CR–00–00071–TW.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002.*

Decided June 14, 2002.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before RYMER, T.G. NELSON, and THOMAS, Circuit Judges.

### MEMORANDUM **

Jose Felix Ramirez–Ocampo appeals his conviction following guilty plea and the 15–month sentence imposed for importation of marijuana, in violation of 21 U.S.C. §§ 952 and 960.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ramirez–Ocampo's counsel has submitted a brief stating that he has found no meritorious issues for review. Appellant has not filed a supplemental pro se brief.

Counsel raises as a potential issue whether the district court should have granted a further downward departure based on Ramirez–Ocampo's medical condition. We have no jurisdiction, however, to review the extent of the district court's downward departure. *See United States v. Vizcarra–Angulo*, 904 F.2d 22, 23 (9th Cir.1990).

Our independent review of the record under *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).